**Order filed December 5, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00547-CV
_____

## DEK-M NATIONWIDE, LTD, Appellant

## V.

## DAVID HILL D/B/A DOH OIL CO. CASSIE MOSELEY & DAVID MOSELEY AND COLORADO COUNTY CENTRAL APPRAISAL DISTRICT, Appellee

**On Appeal from the 2nd 25th District Court
Colorado County, Texas
Trial Court Cause No. 320451025**

# O R D E R

No reporter's record has been filed in this case. The court reporter informed this court that appellant had not made arrangements for payment for the reporter's record. On October 8, 2019, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within thirty days of the date of this order. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM


Panel Consists of Chief Justice Frost and Justices Christopher and Bourliot.